AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
для the
Northern District of Oklahoma

In the Matter of the Search of )
the person of Derrick Carl Andrew Chatman ) Case No. 25-mj-730-CDL
) FILED UNDER SEAL
)
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Northern   District of   Oklahoma
*(identify the person or describe the property to be searched and give its location)*:
See Attachment "A-3"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   September 8, 2025
*(not to exceed 14 days)*

☒ in the daytime, 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
   United States Magistrate Judge Mark T. Steele   .
   *(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
☐ for ____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   August 27, 2025 @ 11:15am   _____
                                                    Judge's signature

City and state:   Tulsa, Oklahoma           Mark T. Steele, U.S. Magistrate Judge
                                            *Printed name and title*

AO 93   (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 25-MJ-730-CDL | Date and time warrant executed: 08/27/25 @ 1242 | Copy of warrant and inventory left with: Derrick Chatman |
| Inventory made in the presence of : Derrick Chatman | | |
| Inventory of the property taken and name of any person(s) seized: iPhone 16 Pro w/ silver back | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:     09/06/25

JONAH ROOP  Digitally signed by JONAH ROOP
Date: 2025.09.06 20:39:42 -05'00'

*Executing officer's signature*

Jonah Roop, Special Agent

*Printed name and title*

## ATTACHMENT A-3

### Person to be Searched

This warrant also authorizes the search of Derrick CHATMAN, date of birth xx/xx/2000 and social security number XXX-XX-2995, who is listed on his driver's license as 5'8" tall and 125 pounds with brown eyes and who is pictured below.



## ATTACHMENT B

### Particular Things to be Seized

All items that constitute evidence, instrumentalities, contraband of violations of Title 18 U.S.C. § 922(n), Receipt of Firearm or Ammunition While Under Indictment, Title 18 U.S.C. § 922(o), Unlawful Possession of Machine Gun, and Title 18 U.S.C. § 933, Trafficking in Firearms, including:

a. Firearms;

b. Firearms parts and accessories;

c. Machine Gun Devices of any kind;

d. Ammunition;

e. Any electronic device related to firearms trafficking or used to facilitate the purchase or sale of firearms to include but not limited to: cellular telephones, tablets, laptops, and desktop computers;

f. Documents, receipts, or evidence related to the purchase, possession, or act of obtaining or selling of firearms; and

g. Documents establishing CHATMAN as a resident of the listed addresses to include but not limited to: personal mail, checkbooks, personal identification, notes, other correspondence, financial documents, keys, photographs, leases, and bills.